PER CURIAM.

This case is ruled by *Savitt* v. *L. & F. Construction Co.*, *and New Jersey Manufacturers Casualty Insurance Co.*, decided at the current term of this court, 124 *N. J. L.* 173.

Since the award of compensation to the injured employe here exceeded the amount of the recovery from the third party *tort feasor*, the attorney's fee allowed in the ascertainment of the amount of the credit was in accordance with the statute.

The judgment is accordingly affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.

KATHERINE CARR ET AL., PLAINTIFFS-APPELLANTS, v. JOHN HAGERICH, DEFENDANT-RESPONDENT.

Submitted October 25, 1940—Decided January 28, 1941.

For the appellants, *Edward F. Broderick* and *Paul J. O'Neill*.

For the respondent, *Wilbur A. Stevens, William Wann* and *John V. Fiore*.

Per Curiam.

The judgment herein is affirmed by an equally divided court.

*For affirmance*—Case, Donges, Dear, Wells, WolfsKeil, Rafferty, JJ. 6.

*For reversal*—The Chancellor, Chief Justice, Parker, Heher, Perskie, Hague, JJ. 6.

ROGERS-EBERT COMPANY, A CORPORATION, PLAINTIFF-RESPONDENT, v. CENTURY CONSTRUCTION COMPANY, A CORPORATION, DEFENDANT-APPELLANT.

Submitted October 25, 1940—Decided January 28, 1941.

For the plaintiff-respondent, *Richard J. Fitzmaurice.*

For the defendant-appellant, *Harry Kay.*

The opinion of the court was delivered by

Campbell, Chancellor. This is an appeal from a judgment of the Supreme Court affirming a judgment of the Essex County Circuit Court in favor of the plaintiff-respondent and against the defendant-appellant.

The respondent sued on a contract and alleged in its complaint that its assignor, Zwigard, entered into a written contract with the defendants Epstein and Century Construction